**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOHN REYNOLDS, | : | No. 240 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA NATIONAL MUTUAL | : | |
| CASUALTY INSURANCE COMPANY | : | |
| A/K/A PENN NATIONAL INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of November, 2018, the Petition for Allowance of Appeal and the Application for Leave to File Post-Submission Communication are **DENIED**.